FUGATT, ADMR., APPELLANT, *v.* MARION COUNTY SHERIFF'S DEPARTMENT ET AL., APPELLEES.

[Cite as Fugatt v. Marion Cty. Sheriff's Dept. (1991), 60 Ohio St. 3d 601.]

(No. 90-1325—Submitted April 17, 1991—Decided June 5, 1991.)

*Williams, Jilek & Lafferty Co., L.P.A.,* and *Drew R. Masse,* for appellant.

*Jim Slagle,* prosecuting attorney, for appellees Marion County Sheriff's Department et al.

*Lane, Alton & Horst, Mary Barley-McBride* and *James K. Reuss,* for appellee Roberta Jaycox.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES and DOUGLAS, JJ., dissent.

HOLMES, J., dissenting. I would not improvidently allow this appeal. I would affirm the judgment of the court of appeals.

---

CUYAHOGA COUNTY BAR ASSOCIATION *v.* JOSSELSON.

[Cite as Cuyahoga Cty. Bar Assn. *v.* Josselson (1991), 60 Ohio St. 3d 601.]

(No. D.D. 88-33—Submitted and decided May 6, 1991.)

This cause came on for further consideration upon respondent Stanley L. Josselson's filing of an application for termination of probation.

The court coming now to consider its order of June 7, 1989, suspending respondent, Stanley L. Josselson, from the practice of law for a period of six months and staying the suspension and placing respondent on probation for one year on the condition that he seek psychiatric help and, further, that relator, Cuyahoga County Bar Association, appoint a monitoring attorney pursuant to Gov. Bar R. V(23), finds that respondent has substantially complied with that order and with the provisions of Gov. Bar R. V(23).

THEREFORE, IT IS ORDERED by the court that the probation of Stanley L. Josselson be, and hereby is, terminated.

IT IS FURTHER ORDERED that respondent comply with the registration requirements of Gov. Bar R. VI.

For earlier case, see *Cuyahoga Cty. Bar Assn.* v. *Josselson* (1989), 43 Ohio St. 3d 154, 539 N.E. 2d 625.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.